and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. THE CITY OF YONKERS, Appellant. (Action No. 1.) — Judgment unanimously affirmed, with costs, on authority of *New York, N. H. & H. R. R. Co.* v. *Village of Port Chester* (149 App. Div. 893; affd., 210 N. Y. 600). We think upon the evidence in this case the assessment, although *prima facie* regular, was void for want of jurisdiction; the plaintiff upon learning of the action taken had the right to apply to the common council to set it aside, and upon refusal to maintain this action in equity. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. THE CITY OF YONKERS, Appellant. (Action No. 2.) — Judgment unanimously affirmed, with costs, upon the authority of *New York Central & H. R. R. R. Co.* v. *City of Yonkers, No. 1* (*ante*, p. 709), decided herewith. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

FIOR A. PELLEGRINO, Respondent, v. MACKENZIE STREET CONSTRUCTION CORPORATION and Others, Appellants.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Manning, Kelby and Young, JJ., concur; Kapper, J., dissents.

WILLIAM POWERS, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GUS SEELIG, Respondent, v. ALLIED CLEANING AND DYEING CORPORATION and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

SYLVAN SEELIG, an Infant, etc., Respondent, v. ALLIED CLEANING AND DYEING CORPORATION and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ELIZABETH M. STAUNTON, as Administratrix, etc., of PATRICK STAUNTON, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MARY M. SULLIVAN, Respondent, v. FIRST MORTGAGE AND REAL ESTATE COMPANY and Another, Defendants, Impleaded with MIRRIELEES CORPORATION, Appellant.— Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

MARY M. SULLIVAN, Respondent, v. FIRST MORTGAGE AND REAL ESTATE COMPANY and Another, Defendants, Impleaded with MIRRIELEES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FRANK MOORE, Respondent, v. LINDLEY M. GARRISON, as Receiver, etc., Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

PEPPARD REALTY COMPANY, INC., Plaintiff, v. EMIL F. EMDON, Defendant. PEPPARD REALTY COMPANY, INC., and Others, Appellants; EMIL F. EMDON and